IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR 22 2005
CLERK, U.S. DISTRICT COURT
By _____
       Deputy

| | |
|---|---|
| KENNETH D. ADKINS, | § |
| Petitioner, | § |
| VS. | § NO. 4:04-CV-665-A |
| DOUGLAS DRETKE, DIRECTOR, TEXAS DEPARTMENT CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, | § |
| Respondent. | § |

O R D E R

Came on for consideration the above-captioned action wherein Kenneth D. Adkins is petitioner and Douglas Dretke, Director, Texas Department of Criminal Justice, Correctional Institutions Division, is respondent. This is a petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254. On March 30, 2005, the United States Magistrate Judge issued his proposed findings, conclusions, and recommendation, and ordered that the parties file objections, if any, thereto by April 20, 2005. Copies of the proposed findings, conclusions, and recommendation were sent to petitioner and respondent. Because timely objections have not been filed, the court accepts the proposed findings, conclusions, and recommendation of the United States Magistrate Judge.

The court ORDERS that the petition be, and is hereby, denied.

SIGNED April 22, 2005.

_____
JOHN McBRYDE
United States District Judge